**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:12CR38-RLV**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **RASHIME OMAR GARDNER** | ) | |
| _____ | ) | |


Leave of Court is hereby granted for the dismissal *without prejudice* of the

Bill of Indictment in the above-captioned matter.

The Clerk is directed to certify copies of this Order to the U.S. Probation

Office, U.S. Marshall Service, and the United States Attorney's Office.


Signed: March 4, 2013

Richard L. Voorhees
United States District Judge